3
PETER B. BUNTING #124104
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711
Telephone: 559.226.4030
Facsimile: 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtor PAREDES

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| IN RE<br><br>MARIA DE LA LUZ PAREDES,<br><br><br><br><br><br><br><br>Debtor. | Chapter 13<br>Case No. 21-11822B-13F<br>DC No. PBB-1<br><br>HEARING<br>Date: October 27, 2021<br>Time: 9:30 a.m.<br>Dept: B<br>Ctrm: 13 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br><br>**HONORABLE RENE LASTRETO, II** |

**NOTICE OF HEARING ON MOTION FOR CONFIRMATION OF
FIRST MODIFIED CHAPTER 13 PLAN**

1

**PLEASE TAKE NOTICE** that the debtor in the above captioned Chapter 13 case, by and through her attorney, Peter B. Bunting, has filed a motion to confirm her First Modified Chapter 13 Plan, Debtor's previous Plan was withdrawn. A hearing on debtor's motion will be held on October 27, 2021 at 9:30 a.m., in Department B, Courtroom 13 (5th Floor) of the United States Federal Building, 2500 Tulare Street, Fresno, California 93721-1318.

NOTICE IS ALSO GIVEN pursuant to Fed. R. Bankr. P. 2002(a)(9), Fed. R. Bankr. P. 2002(b) and LBR 9014(f)(1) of the United States Bankruptcy Court, Eastern District of California, this motion is being heard on thirty-five (35) day's notice. Opposition, if any, to the granting of the Motion shall be in writing and shall be served on counsel for the moving party and the Chapter 13 Trustee at the following addresses:

| | |
|---|---|
| Peter B. Bunting | Michael H. Meyer |
| Attorney at Law | Chapter 13 Trustee |
| 2304 W Shaw Ave Ste 103 | PO Box 28950 |
| Fresno CA 93711 | Fresno CA 93729-8950 |

and filed with the clerk of the court not less than fourteen (14) calendar days preceding the hearing date set forth above. Unless written opposition and supporting evidence are filed with the clerk and served on the moving party, the court may resolve the matter without oral argument.

Anyone wishing to attend the hearing can do so in person or by Telephonic appearances which can be arranged by contacting Court Call at (866) 582-6878 no later than 24 hours before the scheduled hearing.

///

///

///

///

2

Any interested parties can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing disposition prior to the hearing.

Dated: SEP 2 1 2021

_____
PETER B. BUNTING
Debtor(s) Attorney